UNITED STATES of America,
Appellee,

v.

Edward LOFTY, Appellant.

No. 71–1700.

United States Court of Appeals,
Fourth Circuit.

Argued Feb. 7, 1972.

Decided Feb. 14, 1972.

———◆———

Orville L. Hardman, Parkersburg, W. Va., for appellant.

Stephen G. Jory, Asst. U. S. Atty. (Paul C. Camilletti, U. S. Atty., on brief), for appellee.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of

Before HAYNSWORTH, Chief Judge, WINTER, Circuit Judge, and CHAPMAN, District Judge.

PER CURIAM:

This is an appeal from a conviction for receiving a stolen motor vehicle and stolen goods. The stolen goods consisted of a truck trailer that apparently was coupled with the truck tractor when both were stolen. The appellant contends that the trailer was not goods but merely a part of the motor vehicle.

This contention is refuted by the definition of a motor vehicle as a "self-propelled vehicle." 18 U.S.C. § 2311. Since the trailer is not self-propelled, it is goods rather than a motor vehicle.

Accordingly, the conviction is affirmed.

Affirmed.